Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19–29256–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Reza Farzan
   aka Ray Farzan, aka Raymond Farzan, fdba
   America's Consulting Enterprise, Inc.
   23 Twin Terrace
   Holmdel, NJ 07733

Social Security No.:
   xxx–xx–4711

Employer's Tax I.D. No.:
   22–3459467

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/5/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 6, 2019
JAN: bwj

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-29256-CMG
Reza Farzan                                                               Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Dec 06, 2019
                             Form ID: 148          Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2019.
db            +Reza Farzan,    23 Twin Terrace,    Holmdel, NJ 07733-1052
518552448     +Bayshore Ed Med. Assocs., LLC,    P.O. Box 80230,    Philadelphia, PA 19101-1230
518552446     +Mercury Financial Services,    P.O. Box 84064,    Columbus, GA 31908-4064
518552447     +Riverview Medical Center,    P.O. Box 650292,    Dallas, TX 75265-0292
518552449     +Shrewsburry Diagnostic Imaging,    1131 Broad Street, #110,    Shrewsbury, NJ 07702-4334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 07 2019 01:28:57     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 07 2019 01:28:53     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
518516453      EDI: DISCOVER.COM Dec 07 2019 05:48:00     Discover Bank,    Discover Products Inc,
               PO Box 3025,    New Albany, OH  43054-3025
518506384     +EDI: DISCOVER.COM Dec 07 2019 05:48:00     Discover Card Financial Svcs.,    POB 6103,
               Carol Stream, IL 60197-6103
518508543     +EDI: RMSC.COM Dec 07 2019 05:48:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
518552445      EDI: USBANKARS.COM Dec 07 2019 05:48:00     Elan Financial Services,    P.O. Box 790408,
               St. Louis, MO 63179
                                                                                          TOTAL: 6


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2019 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Melissa N. Licker    on behalf of Creditor    JPMorgan Chase Bank, National Association
           NJ_ECF_Notices@mccalla.com
          Michael D. Malloy    on behalf of Defendant    Title365 mmalloy@fmnjlaw.com
          Phillip Andrew Raymond    on behalf of Creditor    JPMorgan Chase Bank, National Association
           phillip.raymond@mccalla.com
          Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 6