Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−29256−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Reza Farzan
   aka Ray Farzan, aka Raymond Farzan, fdba
   America's Consulting Enterprise, Inc.
   23 Twin Terrace
   Holmdel, NJ 07733

Social Security No.:
   xxx−xx−4711

Employer's Tax I.D. No.:
   22−3459467

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          4/1/20
Time:          10:00 AM
Location:      Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 22, 2020
JAN: rms

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-29256-CMG
Reza Farzan                                                           Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin            Page 1 of 1           Date Rcvd: Jan 22, 2020
                            Form ID: 132           Total Noticed: 11

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2020.
db             +Reza Farzan,    23 Twin Terrace,    Holmdel, NJ 07733-1052
518552448      +Bayshore Ed Med. Assocs., LLC,    P.O. Box 80230,    Philadelphia, PA 19101-1230
518552446      +Mercury Financial Services,    P.O. Box 84064,    Columbus, GA 31908-4064
518552447      +Riverview Medical Center,    P.O. Box 650292,    Dallas, TX 75265-0292
518552449      +Shrewsburry Diagnostic Imaging,    1131 Broad Street, #110,    Shrewsbury, NJ 07702-4334
518552445     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: Elan Financial Services,     P.O. Box 790408,   St. Louis, MO 63179)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2020 01:04:06     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2020 01:04:04     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518516453       E-mail/Text: mrdiscen@discover.com Jan 23 2020 01:02:54     Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
518506384      +E-mail/Text: mrdiscen@discover.com Jan 23 2020 01:02:54     Discover Card Financial Svcs.,
                 POB 6103,   Carol Stream, IL 60197-6103
518508543      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2020 01:01:23     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 5

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jennifer Ann Harris    on behalf of Defendant Samantha   Dickie jharris@brownconnery.com
              Melissa N. Licker    on behalf of Creditor    JPMorgan Chase Bank, National Association
               NJ_ECF_Notices@mccalla.com
              Michael D. Malloy    on behalf of Defendant    Title365 mmalloy@fmnjlaw.com
              Phillip Andrew Raymond    on behalf of Creditor    JPMorgan Chase Bank, National Association
               phillip.raymond@mccalla.com
              Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```