FILED
JEANNE A. NAUGHTON, CLERK
APR 29 2020
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Reza Farzan<br>23 Twin Terrace<br>Holmdel NJ 07733<br>732-778-5047<br>Raymond.farzan@verizon.net | Case No.:    19-29256-CMG<br><br>Chapter:    13<br><br>Adv. No.: |
| In Re:<br><br>Reza Farzan Pro Se Debtor | Hearing Date:<br><br>Judge:  Hon. Christine M. Gravelle |
| | |

## OBJECTION TO NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

1. My name is Reza Farzan, a Pro Se debtor. My case number is 19-29256-CMG.

2. An attorney for Bayview Loan Servicing LLC (Bayview) filed 410S2 form on 4/2/2020 on my case's Pacer.gov docket.

3. I request that US Bankruptcy Court and the Standing Chapter 13 Trustee deny this form in its entirety.

4. I have never had any mortgage with Bayview.

1

5. Bayview never loaned me any money and never paid any money on my behalf to any entity.

6. Bayview is not my secured creditor and Bayview is not my unsecured creditor.

7. In my Chapter 13 plan I did not declare Bayview as my secured or unsecured creditor.

8. On 3/5/2020 Bayview filed a fraudulent proof of claim based on fraudulent and forged documents.

9. On 4/6/2020 I filed a motion to disallow that proof of claim and asked the court to report Bayview and its attorney to District Attorney pursuant to 18 USC 152, 157, 3571. The hearing day for motion to disallow in on 5/6/20.

10. On top of form 410S2 stated that filling out form 410S2 is conditional: "If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence."

11. Bayview should not have filed form 410S2 because I never provided in my plan for payment of postpetition contractual installments on Bayview's claim.

12.    Filing this form is an act of extortion. This form exposed the predatory nature of Bayview and its attorneys.

13.    This form (410S2) must be denied and withdrawn.

Respectfully Submitted

*Reza Farzan*
Reza Farzan Pro Se Debtor


4/21/2020

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Reza Farzan<br><br>23 Twin Terrace<br>Holmdel NJ 07733<br>732-778-5047<br>raymond.farzan@verizon,net<br><br>In Re:<br><br>Reza Farzan Debtor | Case No.: 19-29256-CMG<br><br>Chapter: 13<br><br>Adv. No.: <br><br>Hearing Date: <br><br>Judge: **Hon.** Christine M. Gravelle |

## CERTIFICATION OF SERVICE

1. I, _____Reza Farzan_____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☒ am the ____Pro Se Debtor____ in this case and am representing myself.

2. On ____4/21/2020____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Objection to Bayview's 410S2 Form

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 4/21/2020                                            _____
                                                                         Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Attorney Bayview Loan Servicing LLC<br>Jenelle C. Arnold ALDRIDGE PITE, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933 San Diego, CA 92177-0933 | Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Pacer.gov<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo Chapter 13 Trustee | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Pacer.gov and Upload<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bayview Loan Servicing LLC<br>4425 Ponce De Leon Blvd 5th Floor<br>Coral Gables, FL 33146 | Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Pacer.gov, via attorney<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **Department of Justice<br>District of New Jersey (Trenton)<br>Office of the US Trustee<br>One Newark Center Suite 2100<br>Newark NJ 07102** | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Pacer.gov<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2