| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Reza Farzan<br><br>23 Twin Terrace<br>Holmdel NJ 07733<br>732-778-5047<br>raymond.farzan@verizon,net | |
| | Case No.: 19-29256-CMG |
| | Chapter: 13 |
| In Re:<br><br>Reza Farzan Debtor | Adv. No.: |
| | Hearing Date: 5/6/2020 |
| | Judge: Hon. Christine M. Gravelle |

FILED
JEANNE A. NAUGHTON, CLERK
APR 29 2020
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

## AMENDED    CERTIFICATION OF SERVICE

1. I, _____Reza Farzan_____ :

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☒ am the ___Pro Se Debtor___ in this case and am representing myself.

2. On ___4/21/2020___, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   The entire required package of Debtor's Motion to Disallow Claim No. 2.1 filed by Bayview Loan Servicing Loan LLC on 3/5/2020 and to grant other reliefs

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 4/21/2020                                   _____Reza Farzan_____
                                                  Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Attorney Bayview Loan Servicing LLC<br>Jenelle C. Arnold ALDRIDGE PITE, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933 San Diego, CA 92177-0933 | Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Pacer.gov<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo Chapter 13 Trustee | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Pacer.gov and Upload<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bayview Loan Servicing LLC<br>4425 Ponce De Leon Blvd 5th Floor<br>Coral Gables, FL 33146 | Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Pacer.gov, via attorney<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |