UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on May 27, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Reza Farzan,

Debtor.

Case No.: 19-29256

Chapter: 13

Judge: CMG

## CONFIRMATION SCHEDULING ORDER

The relief set forth on the following page is hereby **ORDERED**.

......

**DATED: May 27, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor:   Reza Farzan

Case No:   19-29356 (CMG)

Caption of Order:    Confirmation Scheduling Order

---

This matter having been brought before the Court by way of a May 20, 2020 Confirmation Hearing on Debtor, Reza Farzan's Modified Chapter 13 Plan (ECF #28 & 29, hereinafter "Current Plan"), and the Court having heard Debtor's Motion to Disallow the Claim of Bayview Loan Servicing, LLC (ECF #46) and Bayview's Motion for Relief from Stay (ECF #47) on the same day as the Confirmation Hearing, and the Court having issued a written opinion on the Motion to Disallow Claim and Motion for Relief from Stay (ECF #54), and the decision on those motions affecting the Current Plan, and for good cause shown; it is hereby

**ORDERED** that the Confirmation Hearing on the Current Plan is ADJOURNED to July 15, 2020 at 10:00 a.m.;

**ORDERED** that Debtor is to file a modified plan based upon the Court's written opinion within fourteen (14) days of this Order (the "New Plan");

**ORDERED** that the hearing on Debtor's New Plan shall be scheduled for July 15, 2020 at 10:00 a.m.; and it is further

**ORDERED** that failure to comply with the terms of this Order may result in dismissal of Debtor's bankruptcy case.