UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 19-29256 |
| | Chapter: 13 |
| Reza Farzan, | Judge: CMG |
| Debtor. | |

**Order Filed on May 27, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

### CONFIRMATION SCHEDULING ORDER

The relief set forth on the following page is hereby **ORDERED**.

......

**DATED: May 27, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:  Reza Farzan

Case No:  19-29356 (CMG)

Caption of Order:    Confirmation Scheduling Order

_____

This matter having been brought before the Court by way of a May 20, 2020

Confirmation Hearing on Debtor, Reza Farzan's Modified Chapter 13 Plan (ECF #28 & 29,

hereinafter "Current Plan"), and the Court having heard Debtor's Motion to Disallow the

Claim of Bayview Loan Servicing, LLC (ECF #46) and Bayview's Motion for Relief from

Stay (ECF #47) on the same day as the Confirmation Hearing, and the Court having issued a

written opinion on the Motion to Disallow Claim and Motion for Relief from Stay (ECF

#54), and the decision on those motions affecting the Current Plan, and for good cause

shown; it is hereby

**ORDERED** that the Confirmation Hearing on the Current Plan is ADJOURNED to

July 15, 2020 at 10:00 a.m.;

**ORDERED** that Debtor is to file a modified plan based upon the Court's written

opinion within fourteen (14) days of this Order (the "New Plan");

**ORDERED** that the hearing on Debtor's New Plan shall be scheduled for July 15,

2020 at 10:00 a.m.; and it is further

**ORDERED** that failure to comply with the terms of this Order may result in

dismissal of Debtor's bankruptcy case.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-29256-CMG
Reza Farzan                                                         Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: May 27, 2020
                             Form ID: pdf903           Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 29, 2020.
db              +Reza Farzan,   23 Twin Terrace,   Holmdel, NJ 07733-1052

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 27, 2020 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jennifer Ann Harris    on behalf of Defendant Samantha  Dickie jharris@brownconnery.com
              Melissa N. Licker    on behalf of Creditor    JPMorgan Chase Bank, National Association
               NJ_ECF_Notices@mccalla.com,  mccallaecf@ecf.courtdrive.com
              Michael D. Malloy    on behalf of Defendant    Title365 mmalloy@fmnjlaw.com
              Phillip Andrew Raymond    on behalf of Creditor    JPMorgan Chase Bank, National Association
               phillip.raymond@mccalla.com,  mccallaecf@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC rsolarz@kmllawgroup.com
              Richard Gerbino    on behalf of Defendant    Bayview Loan Servicing LLC et al
               rgerbino@schillerknapp.com,  kcollins@schillerknapp.com;lgadomski@schillerknapp.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 9