UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re:	Chapter:	_____

Case Number:	_____

Civil Number:	_____

Adversary Number:	_____

Bankruptcy Judge:	_____

AMENDED

**TRANSMITTAL OF DOCUMENT(S) TO:**
❑ **DISTRICT COURT**    ❑ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

❑ Notice of Appeal    ❑ Order being Appealed    ❑ Designation of Record on Appeal

❑ Statement of Issues    ❑ Transcript    ❑ Transcript Ordered On: _____

❑ Motion for Leave to Appeal    ❑ Certification of Failure to File Designation    ❑ Motion to Withdraw the Reference

❑ Other _____

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on _____.    The parties to the appeal are:

Appellant(s):	_____	Appellee(s):	_____
Attorney:	_____	Attorney:	_____
Address:	_____	Address:	_____
	_____		_____

Title of Order Appealed:	_____
Date Entered On Docket:	_____

❑    An appeal has not previously been filed in this case.

❑    The following list contains information regarding all appeals previously filed in this case:

| **District Court Case Number** | **District Court Judge Assigned** | **Date of Transmission of Record to District Court** |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Court Clerk: Please complete the information below and return a copy of this form to _____within 3 days.

Your Court's Case Number: _____    Judge assigned: _____

By: _____    Date: _____

*rev. 8/28/17*