| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Reza Farzan | Case No.: _____19-29256_____<br>Chapter: _____13_____<br>Judge: _____Gravelle_____ |

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
## DOCUMENTS CONCERNING SCHEDULES

TO: __Reza Farzan_____

This will confirm that on _____6/10/2020_____ the following document(s) was filed by you.

☒ Amendment to Schedule(s) __I & J_____,

☐ Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☒ Declaration About an Individual Debtor's Schedules (106 Declaration)

☐ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: 6/15/2020                                                            Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-29256-CMG
Reza Farzan                                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 1               Date Rcvd: Jun 15, 2020
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2020.
db             +Reza Farzan,    23 Twin Terrace,    Holmdel, NJ 07733-1052

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2020 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Jennifer Ann Harris    on behalf of Defendant Samantha   Dickie jharris@brownconnery.com
      Melissa N. Licker    on behalf of Creditor    JPMorgan Chase Bank, National Association
       NJ_ECF_Notices@mccalla.com,    mccallaecf@ecf.courtdrive.com
      Michael D. Malloy    on behalf of Defendant    Title365 mmalloy@fmnjlaw.com
      Phillip Andrew Raymond    on behalf of Creditor    JPMorgan Chase Bank, National Association
       phillip.raymond@mccalla.com,    mccallaecf@ecf.courtdrive.com
      Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC rsolarz@kmllawgroup.com
      Richard   Gerbino    on behalf of Defendant    Bayview Loan Servicing LLC et al
       rgerbino@schillerknapp.com,    kcollins@schillerknapp.com;lgadomski@schillerknapp.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                  TOTAL: 9