Form tsntc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 19−29256−CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Reza Farzan
   aka Ray Farzan, aka Raymond Farzan, fdba
   America's Consulting Enterprise, Inc.
   23 Twin Terrace
   Holmdel, NJ 07733

Social Security No.:
   xxx−xx−4711

Employer's Tax I.D. No.:
   22−3459467

## Notice That a Transcript Has Been Filed

     You are Noticed that a Transcript has been filed on 6/24/20. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: June 24, 2020
JAN:

                          Jeanne Naughton
                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-29256-CMG
Reza Farzan                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Jun 24, 2020
                         Form ID: tsntc          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2020.
db             +Reza Farzan,    23 Twin Terrace,    Holmdel, NJ 07733-1052

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 25 2020 00:38:58     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 25 2020 00:38:56     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ  07102-5235
                                                                                               TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2020 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor   Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
   bkgroup@kmllawgroup.com
      Jennifer Ann Harris    on behalf of Defendant Samantha   Dickie jharris@brownconnery.com
      Melissa N. Licker    on behalf of Creditor    JPMorgan Chase Bank, National Association
   NJ_ECF_Notices@mccalla.com,   mccallaecf@ecf.courtdrive.com
      Michael D. Malloy    on behalf of Defendant   Title365 mmalloy@fmnjlaw.com
      Phillip Andrew Raymond    on behalf of Creditor   JPMorgan Chase Bank, National Association
   phillip.raymond@mccalla.com,   mccallaecf@ecf.courtdrive.com
      Rebecca Ann Solarz    on behalf of Creditor   Bayview Loan Servicing, LLC rsolarz@kmllawgroup.com
      Richard   Gerbino    on behalf of Defendant   Bayview Loan Servicing LLC et al
   rgerbino@schillerknapp.com,   kcollins@schillerknapp.com;lgadomski@schillerknapp.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                      TOTAL: 9