**Fill in this information to identify your case:**

Debtor 1: REZA (First Name) _____ (Middle Name) FARZAN (Last Name)

Debtor 2 (Spouse, if filing): _____ (First Name) _____ (Middle Name) _____ (Last Name)

United States Bankruptcy Court for the: District of New Jersey

Case number (If known): 19-29256-CMG

FILED
JEANNE A. NAUGHTON, CLERK
JUL - 2 2020
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules       12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Reza Farzan                     X _____
Signature of Debtor 1                 Signature of Debtor 2

Date 06/22/2020                       Date _____
     MM / DD / YYYY                        MM / DD / YYYY

Official Form 106Dec         Declaration About an Individual Debtor's Schedules