FILED
JEANNE A. NAUGHTON, CLERK
NOV 20 2020
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> Reza Farzan <br> 23 Twin Terrace <br> Holmdel NJ 07733 <br> 732-778-5047 <br> Raymond.farzan@verizon.net | Case No.:    19-29256-CMG <br><br> Chapter:    13 <br><br> Adv. No.: |
| In Re: <br><br> Reza Farzan Pro Se Debtor | Hearing Date: <br><br> Judge:  Hon. Christine M. Gravelle |
| Reza Farzan <br><br> v. <br><br> Bayview Loan Servicing LLC et al | STATEMENT OF ISSUES FOR APPEALS 20-cv-07134-FLW AND 20-cv-07135-FLW |

This is to certify that for these appeals I plan to use the customized version of the Informal Brief Template provided by USCA for the 3rd Circuit. My motion to disallow and Bayview's motion for relief from stay were denied based on Rooker-Feldman Doctrine, Collateral Estoppel Doctrine, and Abstention Doctrine. I will tackle those issues in my informal briefs as well. Also Hon. Gravelle attributed erroneous facts to my foreclosure case and my expert witness affidavit. I will make sure to offer the correct facts in my informal briefs.

Respectfully Submitted

*/s/ Reza Farzan*

```
Reza Farzan
23 Twin Terrace
Holmdel NJ 07733
732-778-5047
Raymond.farzan@verizon.net
Dated: 10/30/2020
CC: All Defendants via Pacer.gov
```