FILED
JEANNE A. NAUGHTON, CLERK
NOV 2 0 2020
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) Reza Farzan 23 Twin Terrace Holmdel NJ 07733 732-778-5047 Raymond.farzan@verizon.net | Case No.: 19-29256-CMG Chapter: 13 Adv. No.: |
| In Re: Reza Farzan Pro Se Debtor | Hearing Date: Judge: Hon. Christine M. Gravelle |
| Reza Farzan v. Bayview Loan Servicing LLC et al | DESIGNATION FOR APPEALS 20-cv-7134 and 20-cv-7135 |

This is to certify that I like to designate all entries on the case docket (19-bk-29256) to my appeal cases (20-cv-7134 and 20-cv-7135) in US District Court for the District Court of NJ.
I ordered hard copies of hearings of 5/20/20 with Tracy Gribben Transcript. She will send them to court as well.

Respectfully Submitted

*Reza Farzan* (signature)

Reza Farzan
23 Twin Terrace
Holmdel NJ 07733
732-778-5047
Raymond.farzan@verizon.net
Dated: 6/12/2020
CC: All Defendants via Pacer.gov

1