| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-29256 / CMG**

Reza Farzan

Petition Filed Date: 10/10/2019
341 Hearing Date: 11/07/2019
Confirmation Date: 07/15/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/27/2020 | $100.00 | 65048940 | 02/05/2020 | $100.00 | 65327700 | 03/03/2020 | $100.00 | 66091560 |
| 04/06/2020 | $100.00 | 66917480 | 05/04/2020 | $100.00 | 67647510 | 06/03/2020 | $100.00 | 68395970 |
| 07/02/2020 | $100.00 | 69130730 | 08/04/2020 | $100.00 | 69902440 | 09/02/2020 | $100.00 | 70597130 |
| 10/02/2020 | $100.00 | 71295550 | 11/05/2020 | $100.00 | 72134520 | 12/02/2020 | $100.00 | 72763290 |
| 02/23/2021 | $100.00 | 74676690 | 02/23/2021 | $100.00 | 74685150 | | | |

**Total Receipts for the Period:  $1,400.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Reza Farzan | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $2,338.91 | $0.00 | $2,338.91 |
| 2 | BAYVIEW LOAN SERVICING | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
|  | »» P/23 TWIN TERR/1ST MTG/SV 5/27/20 | No Disbursements: Paid outside | | | |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR | Unsecured Creditors | $2,988.65 | $0.00 | $2,988.65 |
|  | »»  CREDITSHOP | | | | |

**Chapter 13 Case No. 19-29256 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,600.00 | Plan Balance: | $2,000.00 ** |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $100.00 |
| Paid to Trustee: | $126.50 | Arrearages: | $0.00 |
| Funds on Hand: | $1,473.50 | Total Plan Base: | $3,600.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**