| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
### Chapter 13 Case No. 19-29256 / CMG

Reza Farzan

Petition Filed Date: 10/10/2019
341 Hearing Date: 11/07/2019
Confirmation Date: 07/15/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/23/2021 | $100.00 | 74676690 | 02/23/2021 | $100.00 | 74685150 | 03/02/2021 | $100.00 | 74914710 |
| 04/05/2021 | $100.00 | 75696220 | 05/03/2021 | $100.00 | 76426440 | 06/04/2021 | $100.00 | 77200910 |
| 07/06/2021 | $100.00 | 77821900 | 08/03/2021 | $100.00 | 78542210 | 09/07/2021 | $100.00 | 79271260 |
| 10/04/2021 | $100.00 | 79937800 | 11/04/2021 | $100.00 | 80620880 | 12/06/2021 | $100.00 | 81285060 |
| 01/03/2022 | $100.00 | 81855160 | | | | | | |

**Total Receipts for the Period:  $1,300.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $2,700.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Reza Farzan | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $2,338.91 | $1,052.67 | $1,286.24 |
| 2 | BAYVIEW LOAN SERVICING | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
|   | »»  P/23 TWIN TERR/1ST MTG/SV 5/27/20 | No Disbursements: Paid outside | | | |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR | Unsecured Creditors | $2,988.65 | $1,345.13 | $1,643.52 |
|   | »»  MERCURY/CREDITSHOP | | | | |

**Chapter 13 Case No. 19-29256 / CMG**

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,700.00 | Plan Balance: | $900.00 ** |
| Paid to Claims: | $2,397.80 | Current Monthly Payment: | $100.00 |
| Paid to Trustee: | $210.60 | Arrearages: | $100.00 |
| Funds on Hand: | $91.60 | Total Plan Base: | $3,600.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.