UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Reza Farzan Debtor**

**23 Twin Terrace**

**Holmdel NJ 07733**

**732-778-5047**

**Raymond.farzan@verizon.net**

In Re: **Reza Farzan Pro Se Debtor**

FILED
JEANNE A. NAUGHTON, CLERK
APR 11 2022
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

Case No.: **19-29256-CMG**

Chapter: **13**

Hearing Date: **4/20/2022**

Judge: **Hon. Christine M. Gravelle**

## APPLICATION FOR ORDER SHORTENING TIME

The applicant **Reza Farzan**, on behalf of **himself** requests that the time period to/for **Notice, Setting Hearing, Limiting Notice, and the entire process** as required by **Court Rules** be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1. A shortened time hearing is requested because:
   **The debtor does not have a car and currently paying for rental car and he cannot afford it**

2. State the hearing dates requested:
   **4/20/2022**

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: **4/11/2022**

Signature

rev. 8/1/15