UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and phone number]*

**Reza Farzan Debtor**

**23 Twin Terrace**

**Holmdel NJ 07733**

**732-778-5047**

**raymond.farzan@verizon.net**

In Re: **Reza Farzan Pro Se Debtor**
*[Enter the debtor's name(s)]*

Order Filed on April 20, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: **19-29256-CMG**
*[Enter the case number]*

Chapter: **13**
*[Enter the case number]*

Hearing Date: **4/20/22**
*[Enter the hearing date]*

Judge: **Hon. Christine M. Gravelle**
*[Enter the Judge's last name]*

ORDER GRANTING **To Approve Distribution of the Totaled Car Proceeds from Geico and**
*[Enter the relief sought]*
**other relief**

The relief set forth on the following pages, numbered two (2) through *[enter the number of the last page of this Order]* **2** is **ORDERED**.

*[Leave the rest of this page blank]*

**DATED: April 20, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having reviewed the movant's *[Enter the title of the motion]* **To Approve Distribution of the Totaled Car Proceeds from Geico and Relief** and any related responses or objections, it is hereby

ORDERED that:

1. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* **Approve distribution of $10,537.00 to Westlake Financials via Insurance Auto Autions**

2. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* **Approve distribution of $3,429.19 to Debtor Reza Farzan**

3. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* **Allow Debtor Reza Farzan to use $3,429.19 as downpayment for a car. So he can return the rental car that he is using now to save money.**

4. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____