UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and phone number]*

**Reza Farzan Debtor**

**23 Twin Terrace**

**Holmdel NJ 07733**

**732-778-5047**

**raymond.farzan@verizon.net**

In Re:  **Reza Farzan Pro Se Debtor**
*[Enter the debtor's name(s)]*

Order Filed on April 20, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  **19-29256-CMG**
*[Enter the case number]*

Chapter:  **13**
*[Enter the case number]*

Hearing Date:  **4/20/22**
*[Enter the hearing date]*

Judge:  **Hon. Christine M. Gravelle**
*[Enter the Judge's last name]*

ORDER GRANTING  **To Approve Distribution of the Totaled Car Proceeds from Geico and**
*[Enter the relief sought]*
**other relief**

The relief set forth on the following pages, numbered two (2) through *[enter the number of the last page of this Order]* **2** is **ORDERED**.

*[Leave the rest of this page blank]*

**DATED: April 20, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having reviewed the movant's *[Enter the title of the motion]* **To Approve Distribution of the Totaled Car Proceeds from Geico and Relief** and any related responses or objections, it is hereby

ORDERED that:

1. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* **Approve distribution of $10,537.00 to Westlake Financials via Insurance Auto Autions**

2. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* **Approve distribution of $3,429.19 to Debtor Reza Farzan**

3. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* **Allow Debtor Reza Farzan to use $3,429.19 as downpayment for a car. So he can return the rental car that he is using now to save money.**

4. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

United States Bankruptcy Court

District of New Jersey

In re:  
Reza Farzan  
    Debtor

Case No. 19-29256-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Apr 21, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Reza Farzan, 23 Twin Terrace, Holmdel, NJ 07733-1052 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2022 at the address(es) listed below:

**Name**      **Email Address**

Albert Russo  
     docs@russotrustee.com

Denise E. Carlon  
     on behalf of Creditor Bayview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jennifer Ann Harris  
     on behalf of Defendant Samantha Dickie jharris@brownconnery.com  kray@brownconnery.com

Melissa N. Licker  
     on behalf of Creditor JPMorgan Chase Bank  National Association mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

Michael D. Malloy  
     on behalf of Defendant Title365 mmalloy@fmnjlaw.com

Phillip Andrew Raymond  
     on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com,

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 21, 2022 | Form ID: pdf903 | Total Noticed: 1 |

    mccallaecf@ecf.courtdrive.com

Rebecca Ann Solarz
    on behalf of Creditor Bayview Loan Servicing  LLC rsolarz@kmllawgroup.com

Richard Gerbino
    on behalf of Defendant Bayview Loan Servicing LLC et al rgerbino@schillerknapp.com kcollins@schillerknapp.com;lgadomski@schillerknapp.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9