UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Reza Farzan Debtor**

**23 Twin Terrace**

**Holmdel NJ 07733**

**732-778-5047**

**Raymond.farzan@verizon.net**

In Re: **Reza Farzan Pro Se Debtor**

Case No.: **19-29256-CMG**

Chapter: **13**

Hearing Date: **5/4/2022**

Judge: **Hon. Christine M. Gravelle**

## APPLICATION FOR ORDER SHORTENING TIME

The applicant **Reza Farzan**, on behalf of **himself** requests that the time period to/for **Notice, Setting Hearing, Limiting Notice, and the entire process** as required by **Court Rules** be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1. A shortened time hearing is requested because:

    **Debtor's house is on sheriff sale on 5/2/22. He is current with his Ch. 13 payments**

2. State the hearing dates requested:

    **5/4/22**

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: **4/25/22**

Signature

rev.8/1/15