| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**Reza Farzan Debtor**<br><br>**23 Twin Terrace**<br><br>**Holmdel NJ 07733**<br><br>**732-778-5047**<br><br>**raymond.farzan@verizon.net**<br><br>In Re: **Reza Farzan Pro Se Debtor** | 2022 APR 28 A 10:30<br><br>Case No.: **19-29256-CMG**<br>Chapter: **13**<br>Adv. No.: _____<br>Hearing Date: **5/4/22**<br>Judge: **Hon. Christine M. Gravelle** |

## CERTIFICATION OF SERVICE

1. I, **Reza Farzan** :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☒ am the **Pro Se Debtor** in this case and am representing myself.

2. On **4/26/22**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    **The motion to stay package and**

    **The application for shortening time**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: **4/26/2022**                             Signature: _[signature]_

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Attorney Mary Krieger**<br><br>**Chapter 13 Trustee**<br><br>**mkrieger@russotrustee.com,** | **Staff Attorney**<br><br>**for the Trustee** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other **email and ECF**<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **Attoreny Denise Carlon**<br><br>**DCarlon@kmllawgroup.com,** | **Attorney for**<br><br>**Bayview Loan**<br><br>**Serviving LLC** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other **email and ECF**<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |