| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Re: Debtor Reza Farzan Pro Se<br><br>23 Twin Terrace<br><br>Holmdel NK 07733<br><br>732-778-5047<br><br>raymond.farzan@verizon.net | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br><br>MAY - 2 2022<br><br>U.S. BANKRUPTCY COURT<br>TRENTON, NJ<br>BY _____ DEPUTY |
| In Re: **Reza Farzan Debtor** | Case No.: **19-29256-CMG**<br><br>Judge: **Hon. Christine M. Gravelle**<br><br>Chapter: **13** |

## APPLICATION FOR REFUND OF FILING FEE

On **4/26/2022**, the undersigned filed a **Motion to stay sheriff sale in USBC in Trenton**

on behalf of **myself**. A fee concerning the filing was paid in the amount of

**$188.00**. I request that the court issue a refund of the filing fee for the reason set

forth below.

Applicant must describe in detail the circumstances surrounding the error:

**On 4/26/2022, a few minutes before 2 pm, at the front desk of USBC in Trenton I submitted my motion package to Ms. Pam. She reviewed them and accepted them. Then she asked for a filing fee of $188.00. I offered a debt card, she said people usually pay by money order. So when I came back to my neighborhood I got a money order from TD Bank for the amount of $188.00 (96908847-6) and sent it to USBC by regular mail.**

**On 4/28/2022 I received an email from Ms. Diane Lipcsey from USBC that asking me for filing fee was "miscommunication" and attached a blank form to ask for a refund.**

I certify under penalty of perjury that the above is true.

Dated: **4/29/2022**

_Applicant's signature_

*new.2/1/16*