UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on May 2, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Reza Farzan

Case No.: 19-29256-CMG

Chapter: 13

Judge: Christine M. Gravelle

## ORDER CONCERNING APPLICATION FOR REFUND OF FILING FEE

The relief set forth on the following page is hereby ORDERED.

DATED: May 2, 2022

Honorable Christine M. Gravelle
United States Bankruptcy Judge

An Application for Refund of Filing Fee having been filed by _____Reza Farzan, debtor_____

on _____5/2/22_____, and the court having reviewed the request, it is hereby

ORDERED that the request is:

☒  Granted. The clerk will issue a refund in the amount of $ __188.00_____ to the applicant.

☐  Denied.

*rev.7/6/18*