UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on May 2, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Reza Farzan

Case No.: 19-29256-CMG

Chapter: 13

Judge: Christine M. Gravelle

# ORDER CONCERNING APPLICATION FOR REFUND OF FILING FEE

The relief set forth on the following page is hereby ORDERED.

**DATED: May 2, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

An Application for Refund of Filing Fee having been filed by _____Reza Farzan, debtor_____

on _____5/2/22_____, and the court having reviewed the request, it is hereby

ORDERED that the request is:

☒  Granted. The clerk will issue a refund in the amount of $ __188.00_____ to the

applicant.

☐  Denied.

*rev.7/6/18*

2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-29256-CMG |
| Reza Farzan | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: May 02, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Reza Farzan, 23 Twin Terrace, Holmdel, NJ 07733-1052 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2022           Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jennifer Ann Harris | on behalf of Defendant Samantha Dickie jharris@brownconnery.com  kray@brownconnery.com |
| Melissa N. Licker | on behalf of Creditor JPMorgan Chase Bank  National Association mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Michael D. Malloy | on behalf of Defendant Title365 mmalloy@fmnjlaw.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com, |

District/off: 0312-3      User: admin      Page 2 of 2
Date Rcvd: May 02, 2022      Form ID: pdf903      Total Noticed: 1

mccallaecf@ecf.courtdrive.com

Rebecca Ann Solarz

on behalf of Creditor Bayview Loan Servicing  LLC rsolarz@kmllawgroup.com

Richard Gerbino

on behalf of Defendant Bayview Loan Servicing LLC et al rgerbino@schillerknapp.com
kcollins@schillerknapp.com;lgadomski@schillerknapp.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9