UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on May 5, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

  Reza Farzan

| | |
|---|---|
| Case No.: | 19-29256-CMG |
| Hearing Date: | 5/4/22 |
| Judge: | Christine M. Gravelle |
| Chapter: | 13 |

Recommended Local Form:    ☑ Followed    ☐ Modified

## ORDER DENYING MOTION OR
## APPLICATION FOR THE ENTRY OF AN ORDER
To Stay Sheriff Sale of House

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 5, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

A motion or application having been filed on _____April 26_____, 20 22  by

_____Reza Farzan_____ for entry of an order as set forth above, all

interested parties having been duly served, the Court having considered all of the papers

submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who

entered an appearance on this matter.

*Rev. 7/1/04; jml*