UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on May 5, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

  Reza Farzan

| | |
|---|---|
| Case No.: | 19-29256-CMG |
| Hearing Date: | 5/4/22 |
| Judge: | Christine M. Gravelle |
| Chapter: | 13 |

Recommended Local Form:      ☑ Followed      ☐ Modified

## ORDER DENYING MOTION OR
## APPLICATION FOR THE ENTRY OF AN ORDER
To Stay Sheriff Sale of House

    The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 5, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

A motion or application having been filed on _____April 26_____, 20 22  by
___Reza Farzan_____ for entry of an order as set forth above, all
interested parties having been duly served, the Court having considered all of the papers
submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who
entered an appearance on this matter.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 19-29256-CMG

Reza Farzan                                                               Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                    User: admin                                Page 1 of 2

Date Rcvd: May 05, 2022                 Form ID: pdf903                      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2022:**

**Recip ID              Recipient Name and Address**
db                   + Reza Farzan, 23 Twin Terrace, Holmdel, NJ 07733-1052

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2022                 Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2022 at the address(es) listed below:**

**Name                    Email Address**

Albert Russo
                        docs@russotrustee.com

Denise E. Carlon
                        on behalf of Creditor Bayview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jennifer Ann Harris
                        on behalf of Defendant Samantha Dickie jharris@brownconnery.com  kray@brownconnery.com

Melissa N. Licker
                        on behalf of Creditor JPMorgan Chase Bank  National Association mlicker@hillwallack.com,
                        HWBKnewyork@ecf.courtdrive.com

Michael D. Malloy
                        on behalf of Defendant Title365 mmalloy@fmnjlaw.com

Phillip Andrew Raymond
                        on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com,

mccallaecf@ecf.courtdrive.com

Rebecca Ann Solarz

on behalf of Creditor Bayview Loan Servicing  LLC rsolarz@kmllawgroup.com

Richard Gerbino

on behalf of Defendant Bayview Loan Servicing LLC et al rgerbino@schillerknapp.com
kcollins@schillerknapp.com;lgadomski@schillerknapp.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9