UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Reza Farzan Debtor

23 Twin Terrace

Holmdel NJ 07733

732-778-5047

Raymond.farzan@verizon.net

In Re:  **Reza Farzan Pro Se Debtor**

Case No.: **19-29256-CMG**

Chapter: **13**

Hearing Date: **5/18/2022**

Judge: **Hon. Christine M. Gravelle**

## APPLICATION FOR ORDER SHORTENING TIME

The applicant **Reza Farzan**, on behalf of **himself** requests that the time period to/for **Notice, Setting Hearing, Limiting Notice, and the entire process** as required by **Court Rules** be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1. A shortened time hearing is requested because:

   **Debtor's house is on sheriff sale on 5/31/22 based on forged mortgage documents**

2. State the hearing dates requested:

   **5/18/22**

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: **5/10/22**

Signature

*rev.8/1/15*