UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Reza Farzan debtor

23 Twin Terrace

Holmdel NJ 07733

732-778-5947

raymond.farzan@verizon.net

In Re:  Reza Farzan debtor

Case No.: **19-29256-CMG**

Chapter: **13**

Adv. No.:

Hearing Date: **5/18/22**

Judge: **Hon. Christine M. Grevalle**

# CERTIFICATION OF SERVICE

1. I, **Reza Farzan** :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☒ am the **debtor** in this case and am representing myself.

2. On **5/10/22**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below. **The court order of 5/10/22 and the motion to request multiple reliefs package**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: **5/11/2022**

Signature: _/s/ Reza Farzan_

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Albert Russo Ch. 13 Trustee**<br>**3 AAA Drive Suite 203**<br>**Robbinsville NJ 98691**<br>**mkrieger@russotrustee.com,** | **Self** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other **overnight and email**<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **Attorney Denise Garlon**<br>**KML Law Group P.G.**<br>**70{ Market st. #5000**<br>**Philadelphia PA 1900**<br>**DCarlon@kmllawgroup.com,** | **Bayview attorney** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other **Overnight mail and email**<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **Discover Bank**<br>**Discover Products Inc**<br>**PO Box 3025**<br>**New Albany, OH 43054-3025** | **Unsecured creditor** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **Quantum3 Group LLC as agent for**<br>**Sadino Funding LLC**<br>**PO Box 788**<br>**Kirkland, WA 98083-0788** | **unsecured creditor** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |