# David N. Lipton, Ph.D.
## Licensed Psychologist

316 Broad Street, 2A
Red Bank, New Jersey  07701
(732) 758-9494
lipton.psych@gmail.com

To whom it may concern:

I am writing with regard to Reza Farzan who has been seen for psychological issues, initially in 2008 and again starting on 11/14/15; records prior to the latter date are no longer available.  The primary diagnosis was Major Depressive Disorder (ICD-10 F33.1), which was attributed to a number of chronic external and medical stresses including significant financial, legal, and medical issues; it should be noted the various medical issues, including diabetes, arthritis, high blood pressure, and insomnia, were, at the very least, exacerbated by the emotional stress of these financial/legal struggles.  Mr. Farzan attended monthly sessions for most of the period since November 2015.

In May of 2016, Mr. Farzan received foreclosure papers on his home that he maintains was illegally based on forged documents and an unresponsive court.  This significantly exacerbated his sense of helplessless and hopelessness which underlies his depression and anxiety, as well as exacerbating secondary medical issues.  Notification of a sheriff's sale at the end of this month has further contributed to this emotional trauma.  It is important to note that even if the external legal/financial stresses were resolved, a vicious cycle of the secondary medical issues would sabotage emotional functioning which in turn could contribute to ongoing medical issues.  Two simple examples of this could be insomnia, with sleep currently reported to be 2 to 4 hours a night, contributing to anxiety and depression which further sabotages his sleep, and stress contributing to arthritic pain which limits activity and sabotages sleep which, in turn, increases stress.

In summary, the foreclosure proceedings have significantly impacted on Mr. Farzan in maintaining and exacerbating his depression.  Please feel free to contact my office if there are additional questions.

David N. Lipton, Ph.D.
NJ License #  2167
N.P.I.# 1083625024
5/7/22