

# STATE OF NEW JERSEY

**VIN GOPAL**
**Senator, 11th District**
**Majority Conference Leader**

March 11, 2022

Honorable Chairman Sherrod Brown
503 Hart Senate,
Office Bldg.
Washington, DC 20510

Dear Chairman Brown,

It has come to my attention that your offices have been looking into the issue of banks and other similar institutions who have been robosigning documents that correspond with issues such as foreclosures, debt from credit cards, and the like.

I want to thank you for the initiative that you have taken in addressing this, as I have heard from residents across the state of New Jersey, such as Ajay Kajla, James Ezell, and Mr. & Mrs. Emil Farina, who have been impacted by such practices. I look forward to seeing the legislation that may be able to come from your office, and request that you work with the above named individuals to bring this to the attention of your colleagues on Capitol Hill.

Should you have any questions, you can contact me at SenGopal@njleg.org, or by phone at (732) 695-3371. Thank you for your consideration.

Sincerely,

Vin Gopal
Senator, 11th District

Cc:
Senator Sherrod Brown
Senator Tina Smith
Senator Robert Menendez
Senator Elizabeth Warren
Senator Chris Van Hollen
Senator Raphael Warnock