CQ'462C'' *Tgx'023l2; =PL'26/17; NJ 10/21)  Qtf gt'tq'Rtqeggf 'Y kj qw'Rtgr c{kpi 'Hggu'qt'Equuu''

# WP KVGF ''UVCVGU'F KUVTKEV 'EQWTV''
hqt'jg'
## F KUVTKEV'QH'PGY ''LGTUG[ ''

Rnckpvkhh'u+.''

**x0'**

F ghgpf cpv'u0'

QTF GT'QP 'CRRNKECVKQP '''
VQ'RTQEGGF 'Y KJ 'QWV'''
RTGRC[ O GPV'QH'HGGU''

'''''''Ekxkn'Cevkqp'P q0''

J cxkpi 'eqpukf gtgf 'jg'crrnkecvkqp'vq'rtqeggf 'y kj qw'rtgrc{o gpv'qh'hggu'wpf gt'4: 'WUUE0'
È3; 37.'**KV'KU'QTF GTGF** 'jg'crrnkecvkqp'ku<

☐ '''' **I TCPVGF .'cpf** ''

'''''☐ '''' Vjg'engtm'ku'qtf gtgf 'q'hkng'jg'eqo rnckpv.''

'''''☐ '''' **KV'KU'HWTVJ GT'QTF GTGF .**'jg'engtm'ku'uuwg'c'uwo o qpu'cpf 'jg'WU0O ctujcn''
ugtxgf 'c'eqr {'qh'jg'eqo rnckpv.'uwo o qpu'cpf 'qtf gt'wr qp'jg'f ghgpf cpv'u'cu''
f ktgevgf 'd{'jg'rnckpvkhh'u0'Cnn'equvu'qh'ugtxkeg'uj cnn'dg'cf xcpegf 'd{'jg'Wpkvgf ''
Uvcvgu0'

'''''☐ '''' **F GP KGF** .'hqt'jg'hqnnqy kpi 'tgcuqpu<**'

'''''☐ '''' **KV'KU'HWTVJ GT'QTF GTGF** .'jg'engtm'ku'qtf gtgf 'q'eruqug'jg'hkng0''Rnckpvkhh'u'''
m c{'uwdo kv'r c{o gpv'kp'jg'co qwpv'qh'**&622** 'y kj kp'**36** 'f c{'htqo 'jg'f cvg'qh'jku''
qtf gt'vq'tgqr gp'jg'ecug'y kj qwv'hwtvjgt'cevkqp'htqo 'jg'Eqwtv0'

GP VGT GF 'jku''    f c{'qh''''    '''''''''.''    '' ujaaaaaaaaaaaaaaaaaaaaaaaaaaaaaa''
''    ''    ''    ''    ''    '' '''''Uki pcwtg'qh'Lwf kekcn'QhÞkegt''
''    ''    ''    ''    ''    '' ''''    '''''''    ''    ''    ''    ''
''    ''    ''    ''    ''    '' '''''aaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaa''
''    ''    ''    ''    ''    '' '''''P co g'cpf 'Vkvng'qh'Lwf kekcn'QhÞkegt''