

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| Reza Farzan<br>23 Twin Terrace<br>Holmdel NJ 07733<br>732-778-5047<br>Raymond.farzan@verizon.net | Case No.:  19-29256-CMG<br><br>Chapter:  13<br><br>Adv. No.: |
| In Re:<br><br>Reza Farzan Pro Se Debtor | Hearing Date:<br><br>Judge:  Hon. Christine M. Gravelle |
| | USDC 3:22-cv-03312<br><br>DESIGNATION FOR APPEAL<br>ORDER OF 5/19/22 AND LETTER<br>ORDER OF 5/20/22 |

This is to certify that I like to designate all entries on the case docket (19-bk-29256) to my appeal cases (20-cv-7134 and 20-cv-7135) in US District Court for the District Court of NJ.
I ordered hard copies of hearings of 5/27/20 and 5/18/2022 with Tracy Gribben Transcript. She will send them to court as well.

Respectfully Submitted

Reza Farzan
23 Twin Terrace
Holmdel NJ 07733
732-778-5047
Raymond.farzan@verizon.net
Dated: 6/2/2022

CC: All Defendants via Pacer.gov

1