| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) Reza Farzan 23 Twin Terrace Holmdel NJ 07733 732-778-5047 Raymond.farzan@verizon.net | Case No.: 19-29256-CMG<br><br>Chapter: 13<br><br>Adv. No.: |
| In Re:<br><br>Reza Farzan Pro Se Debtor | Hearing Date:<br><br>Judge: Hon. Christine M. Gravelle |
|  | USDC 3:22-cv-03312<br><br>STATEMENT OF ISSUES FOR APPEAL: ORDER OF 5/19/22 AND LETTER ORDER OF 5/20/22 |

FILED
JEANNE A. NAUGHTON, CLERK
JUN -3 2022
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

I have no training in law and English is not my native language.

I believe the following issues will be raised in my appeal:

US Constitution

5th Amendment

14th Amendment

USBC Jurisdiction to validate Proof Of Claims

Stare Decisis

Abstention

Collateral Estoppel

Rooker-Feldman

Independent of USBC from state courts

Rule 60(b)

28 USC 455(a)

Other issues related to the issues already stated

1

Respectfully Submitted

Reza Farzan
23 Twin Terrace
Holmdel NJ 07733
732-778-5047
Raymond.farzan@verizon.net
Dated: 6/2/2022

CC: All Defendants via Pacer.gov

Reza Farzan
203- Twin Terrace
Holmdel NJ 07733

Attn: Ms. Diane Lipcsey
USBC
US Courthouse
402 East State St.
Trenton NJ 08608





RECEIVED
JUN 0 3 2022
AT 8:30 _____
WILLIAM T. WALSH ____ M
CLERK