| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**Reza Farzan**<br><br>**23 Twin Terrace**<br><br>**Holmdel NJ 07733**<br><br>**732-778-5047**<br><br>**raymond.fazan@verizon.net**<br><br>In Re:<br>**Reza Farzan**<br><br>**Pro Se Debtor** | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>AUG - 2 2022<br>U.S. BANKRUPTCY COURT<br>TRENTON, NJ<br>BY _____ DEPUTY<br><br>Case No.:  **19-29256**<br>Chapter:  **Ch. 13**<br>Adv. No.:  _____<br>Hearing Date:  **9/7/2022**<br>Judge:  **Hon. C. M. Gravelle** |

## CERTIFICATION OF SERVICE

1. I, **Reza Farzan**                :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents
    _____ in this matter.

    ☒ am the **Debtor** in this case and am representing myself.

2. On **7/27/2022**                   , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    **Order to Shorten Time**

    **Motion package to deny access an alleged creditor**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  **7/31/22**

Signature: _[signed]_

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Anita Travea**<br><br>atravea@russotrustee.com | **Assistant to**<br><br>**Ch. 13 Trustee**<br><br>**Albert Russo** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other **email**<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **Attorney Richard Gerbino**<br><br>rgerbino@schillerknapp.com | **Attorney for the**<br><br>**alleged creditor** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other **email**<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

Reza Farzan
23 Twin Terrace
Holmdel NJ 07733

ATTN: Ms. Diane Lipcsey
USBC - 1ST Floor
402 East State St.
Trenton NJ 08608-1507

TRENTON NJ 085
1 AUG 2022 PM 3 L

08608-150759