Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

............District Of BYk ˙>YfgYm

In re Reza Farzan        ,        Case No. 19-29256

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __2__ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____9/6/2022_____.

| | |
|---|---|
| Bayview Loan Servicing, LLC | Nationstar Mortgage LLC |
| Name of Alleged Transferor | Name of Transferee |
| | |
| Address of Alleged Transferor: | Address of Transferee: |
| Bayview Loan Servicing, LLC | RightPath Servicing |
| 4425 Ponce De Leon Blvd., 5th Floor | Post Office Box 619096 |
| Coral Gables, FL 33146 | Dallas, Texas 75261-9741 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 9/6/2022                                                                                    Jeanne A. Naughton
                                                                                                              **CLERK OF THE COURT**