| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**Reza Farzan**<br><br>**23 Twin Terrace**<br><br>**Holmdel NJ 07733**<br><br>**732-772-3461**<br><br>**raymondfazan@gmail.com** | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>SEP 2 9 2022<br>U.S. BANKRUPTCY COURT<br>TRENTON, NJ<br>BY_____ DEPUTY |
| In Re:<br>**Reza Farzan**<br><br>**Pro Se Debtor** | Case No.: **19-29256**<br><br>Chapter: **Ch. 13**<br><br>Adv. No.: _____<br><br>Hearing Date: **11/2/22**<br><br>Judge: **Hon. C. M. Gravelle** |

## CERTIFICATION OF SERVICE

1. I, **Reza Farzan** :

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☒ am the **Debtor** in this case and am representing myself.

2. On **9/26/22**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   **Notice of motion to disallow transfer filed on 9/6/22**

   **Notified the parties that the motion package has been added to the USBC docket**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: **9/26/22**

Signature: _____

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Anita Travea**<br><br>**atravea@russotrustee.com** | **Assistant to**<br><br>**Ch. 13 Trustee**<br><br>**Albert Russo** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other **email & ECF**<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **Attorney Richard Gerbino**<br><br>**rgerbino@schillerknapp.com** | **Attorney for Bayview** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other **email & ECF**<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **Attorney Denise Carlon**<br>**DCarlon@kmllawgroup.com,** | **Attorney for Bayview** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other **email & ECF**<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **Attorney Gregg Tabakin**<br><br>**gtabakin@fskslaw.com,** | **Attorney for Rightpath** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other **email & ECF**<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

