UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Reza Farzan Pro Se Debtor**

**23 Twin Terrace**

**Holmdel NJ 07733**

**732-772-3461**

**raymondfarzan@gmail.com**

In Re:    **Reza Farzan Pro Se Debtor**

Case No.: __**19-29256-CMG**__

Adv. Pro. No.: _____

Chapter: __**13**__

Subchapter V:   ☐ Yes  ☐ No

Hearing Date: __**11/2/22**__

Judge: __**Hon. Grevalle**__

## ADJOURNMENT REQUEST

1. I, __Reza Farzan__,

   ☐ am the attorney for: _____,

   ☒ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: __**Motion hearing**__

   Current hearing date and time: __**11/2/22 at 12:00 pm**__

   New date requested: __**11/16/22 at 12:pm**__

   Reason for adjournment request: __**Today around 3:30 pm I was informed of an emergency for a disabled family member who was desparate for my help**__

2. Consent to adjournment:

   ☐ I have the consent of all parties.   ☒ I do not have the consent of all parties (explain below):

   __**I did not get a chance to contact the attorney for the other side**__

I certify under penalty of perjury that the foregoing is true.

Date: **10/31/22**

Signature: *[signed] Reza Fazren*

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 11/16/22 at 12:00 p.m.    ☒ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*