UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Reza Farzan

23 Twin Terrace
Holmdel NJ 07733
732-772-3461
raymondfarzan@gmail.com

In Re:

Reza Farzan Debtor

**FILED**
JEANNE A. NAUGHTON, CLERK
NOV - 3 2022
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

Case No.: 19-29256-CMG

Chapter: 13

Adv. No.: _____

Hearing Date: 11/2/22

Judge: **Hon.** Christine M. Gravelle

## CERTIFICATION OF SERVICE

1. I, _____Reza Farzan_____ :

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☒ am the _____Pro Se Debtor_____ in this case and am representing myself.

2. On _____10/31/22_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   The entire required package of my reply brief in response to Nationsatr's objection to my motion to disallow the "transfer of debt"

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 10/31/22

Signature: /s/ Reza Farzan

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Attorneys for Bayview Loan Servicing LLC<br><br>Richard Gerbino | Defendant | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Pacer.gov and email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo Chapter 13 Trustee | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Pacer.gov and email_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _Pacer.gov_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

Reza Farzan
23 Twin Terrace
Holmdel NJ 07733

Attn: USBC court clerk
Federal Courthouse
402 East State St.
Trenton NJ 08608

TRENTON NJ 085
2 NOV 2022 PM 3 L

08608-150799