Form tsntc

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 19−29256−CMG
                        Chapter: 13
                        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Reza Farzan
   aka Ray Farzan, aka Raymond Farzan, fdba
   America's Consulting Enterprise, Inc.
   23 Twin Terrace
   Holmdel, NJ 07733

Social Security No.:
   xxx−xx−4711

Employer's Tax I.D. No.:
   22−3459467

### Notice That a Transcript Has Been Filed

      You are Noticed that a Transcript has been filed on 11/30/22. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: November 30, 2022
JAN:

                                                                                                Jeanne Naughton
                                                                                                Clerk