Certificate Number: 14912-NJ-DE-037049403

Bankruptcy Case Number: 19-29256



14912-NJ-DE-037049403

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 17, 2022</u>, at <u>3:24</u> o'clock <u>PM EST</u>, <u>Reza Farzan</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:    December 17, 2022              By:    /s/Jai Bhatt

                                        Name:  Jai Bhatt

                                        Title: Counselor