| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:  **Reza Farzan Pro Se Debtor**<br><br>**23 Twin Terrace**<br><br>**Holmdel NJ 07733**<br><br>**732-778-5047   raymond.farzan.verizon.net** | Case No.:  **19-29256-CMG**<br><br>Chapter:  **13**<br><br>Judge:  **Hon. C.M. Gravelle** |

*U.S. BANKRUPTCY COURT*
*FILED*
*TRENTON NJ*

*2023 JAN 19  P 2: 13*

*J... ...UGHTON*
*BY: _____*
*DEPUTY CLERK*

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Reza Farzan**_____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: **1/15/2023**

Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*