UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Reza Farzan

23 Twin Terrace
Holmdel NJ 07733
732-772-3461
raymondfarzan@gmail.com

In Re:

Reza Farzan Debtor

Case No.: 19-29256-CMG

Chapter: 13

Adv. No.: 

Hearing Date: 1/4/23

Judge: **Hon.** Christine M. Gravelle

## CERTIFICATION OF SERVICE

1. I, _____Reza Farzan_____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☒ am the ___Pro Se Debtor___ in this case and am representing myself.

2. On ___12/29/22___, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    The entire required package of my reply brief in response to Nationsatr's objection to my motion for reconsideration

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 12/29/22

Signature: [signed]

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Attorneys for Bayview Loan Servicing LLC<br><br>Richard Gerbino | Defendant | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Pacer.gov and email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo Chapter 13 Trustee | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Pacer.gov and email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other  Pacer.gov<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |