

**UNITED STATES BANKRUPTCY COURT**
District of New Jersey

# memorandum

☐ P.O. Box 1352
Newark, NJ 07101-1352
(973) 645-4764

☐ P.O. Box 2067
Camden, NJ 08101-2607
(856) 361-2300

☒ 402 East State Street
Trenton, NJ 08608
(609) 858-9333

TO: Reza Farzan

FROM: Jeanne A. Naughton, Clerk

RE: Filing Fees

DATE: 3/3/2023

CASE NO.: 19-29256

PLEADING: Notice of Appeal to District Court Court

---

This will confirm receipt of the above pleading on 3/2/2023. This will further confirm receipt of a fee relative to the filing in the amount of $ 0.00. The filing fee for this document is $ 298.00.

Please remit the difference in the amount of $ 298.00 within 24 hours of the receipt of this memo. Failure to do so may result in the issuance of an Order to Show Cause or dismissal of your case.

Please be advised that the United States Bankruptcy Court for the District of New Jersey does not accept cash. Payment must be in the form of an attorney check, money order or certified check.

*rev. 1/29/19*