FILED
JEANNE A. NAUGHTON, CLERK
MAR 16 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Reza Farzan<br>23 Twin Terrace<br>Holmdel NJ 07733<br>732-778-5047<br>Raymondfarzan@gmail.com | Case No.: 19-29256-CMG<br><br>Chapter: 13<br><br>Adv. No.: |
| In Re:<br><br>Reza Farzan Pro Se Debtor | Hearing Date:<br><br>Judge: Christine M. Gravelle |
| | USDC 23-cv-01234<br>DESIGNATION AND STATEMENT OF<br>THE ISSUES FOR APPEAL OF<br>ORAL ORDER OF 11/16/22 &<br>ORAL ORDER OF 2/15/23 |

This is to certify that I like to designate all entries on the case docket (19-bk-29256) to my appeal case (23-cv-01234) in US District Court for the District Court of NJ.

Also the following US and NJ laws:

Transfer of debt

Assignment of a note

Assignment of a mortgage

28 USC 144

28 USC 455

US and NJ laws on obstruction of justice

US and NJ laws on committing fraud upon the court

Other related US and NJ laws to bring justice to my case

1

I ordered hard copies of hearings of 11/16/22 and 2/15/23 with Tracy Gribben Transcript. She will send them to court as well.

I am planning to file a motion soon to ask Judge Michael A. Shipp to recuse himself from this case.

This case must be assigned to a USDC judge who has no holding in the following financial stocks:

ALLY FINANCIAL (F/K/A GMAC)
BANK OF AMERICA/HAC HOME LOAN SERVICING LP
JP MORGAN CHASE/ CHASE HOME FINANCE LLC
WELLS FARGO/WELLS FARGO BANK NA/ WELLS FARGO FINANCIAL NEW
  JERSEY, INC.
ONEWEST BANK FSB (F/K/A INDYMAC)
CITIBANK, NA/ CITI RESIDENTIAL LENDING

According to Hon. Glenn Grant of the NJ AOC and Hon. Mary Jacobson of the NJ Judiciary the financial criminals listed above caused the mortgage meltdown of NJ (and the country) in 2009 and 2010 and thousands of their foreclosure complaints were suspended or dismissed. That was right after President Obama took office in 2009.

I do not want Judge Frida Wolfson to take this appeal either. She is biased against me, I have enough proff. If she does, I'll file a motion for her to recuse herself from my case.

Respectfully Submitted

*[signature]*

Reza Farzan

Dated: 3/13/23
CC: All Defendants via Pacer.gov

Farzan
[...]in Terrace
[...]el NJ 07733

TRENTON NJ 085[...]
15 MAR 2023 PM 4  L

Attn: Ms. Diane Lipcsey
USBC
402 E. State ~~East~~ St.
Trenton ~~NJ08-28608~~