|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | **FILED** JEANNE A. NAUGHTON, CLERK DEC 13 2023 U.S. BANKRUPTCY COURT TRENTON, NJ BY _____ DEPUTY |
| Caption in Compliance with D.N.J. LBR 9004-1(b) Reza Farzan 23 Twin Terrace Holmdel NJ 07733 732-778-5047 Raymondfarzan@gmail.com | Case No.: 19-29256-CMG Chapter: 13 Adv. No.: |
| In Re: Reza Farzan Pro Se Debtor | Hearing Date:4/18/23 Judge: Christine M. Gravelle |
|  | USDC 23-cv-02424 **DESIGNATION AND STATEMENT OF THE ISSUES FOR APPEAL OF ORAL ORDER OF 4/19/23** |

This is to certify that I like to designate all entries on the case docket (19-bk-29256) to my appeal case (23-cv-02424) in US District Court for the District Court of NJ.

Also the following US and NJ laws:

    Transfer of debt

    Assignment of a note

    Assignment of a mortgage

    28 USC 144

    28 USC 455

    Supremacy Clause of the US Constitution

    Article III Injury in Fact

    Legal Standing for a Creditor to file a Proof Of Claim

    Subject Matter Jurisdiction of a USBC over a Proof Of Claim

    Discovery in an Adversary Proceeding

1

US and NJ laws on obstruction of justice

US and NJ laws on committing fraud upon the court

Other related US and NJ laws to bring justice to my case

*[signature]*

Reza Farzan

Dated: 12/12/23
CC: All Defendants via Pacer.gov

FILED
JEANNE A. NAUGHTON, CLERK
DEC 13 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

12/12/23

Re: 19-29256-CMG Designation of Records for 23-cv-02424

Dear Mr. Brown,

This is to cure the deficiency raised by Judge Shipp. The original is enclosed.

*Reza Farzan*

Reza Farzan

732-778-5047

raymondfarzan@gmail.com



TRENTON NJ 085
12 DEC 2023 PM 4 L

Reza Farzan
23 Twin Terrace
Holmdel NJ 07733

Attn: Mr. Brown / USBC
402 E. State St.
Trenton NJ 08608

08608-150735