BLD-060 UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 24-1236 & 24-1237
_____

IN RE: REZA FARZAN,
Appellant 24-1236

REZA FARZAN,
Appellant 24-1237

v.

BAYVIEW LOAN SERVICING LLC; NATIONSTAR MORTGAGE LLC
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.N.J. Civil Action Nos. 3:23-cv-01234, 3:23-cv-02424)
District Judge: Honorable Michael A. Shipp
_____

Submitted for Possible Dismissal Pursuant to 28 U.S.C. § 1915(e)(2)(B) or
Summary Action Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
January 8, 2025
Before: SHWARTZ, MATEY, and CHUNG, <u>Circuit Judges</u>
_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District

Court for the District of New Jersey and was submitted for possible dismissal pursuant to

28 U.S.C. § 1915(e)(2)(B) and for possible summary action pursuant to Third Circuit

LAR 27.4 and I.O.P. 10.6 on January 8, 2025. On consideration whereof, it is now

hereby

ORDERED and ADJUDGED by this Court that the order of the District Court

entered January 24, 2024, be and the same hereby is affirmed.  All of the above in

accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: January 15, 2025